PHILLIPSBURG TRANSIT COMPANY, APPELLANT, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Argued October 24, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose opinion is reported in 99 *N. J. L.* 319.

For the appellant, *W. H. Walters.*

For the State Board of Taxes and Assessment, *Thomas F. McCran,* attorney-general.

For the town of Phillipsburg, *Sylvester C. Smith, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, CLARK, MCGLENNON, KAYS, JJ. 11.

*For reversal*—None.